

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse<br>316 North Robert Street, Suite 100<br>St. Paul, MN  55101<br>(651) 848-1100 | Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Suite 202<br>Minneapolis, MN 55415<br>(612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse<br>515 West First Street, Suite 417<br>Duluth, MN 55802<br>(218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building<br>118 South Mill Street, Suite 212<br>Fergus Falls, MN  56537<br>(218) 739-5758 |

July 22, 2020

Bereket Kahsai
4037 42nd Avenue South
Minneapolis, MN 55406-3528

Re: 20-cv-01060-JRT-ECW Kahsai v. Brennan

Dear: Bereket Kahsai

The Clerk's Office received your Application for Entry of Default. Please be advised that default will not be entered at this time.


Sincerely,

**Kate M. Fogarty, Clerk**

By:  MKB, Deputy Clerk