UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bereket Kahsai | Case No.: 0:20-cv-01060-JRT-ECW |
| Plaintiff, | |
| v. | |
| MEGAN J. BRENNAN, | **NOTICE OF APPEARANCE** |
| Postmaster General, U.S. Postal Service, | |
| Defendant. | |

PLEASE TAKE NOTICE that GILBERT LAW PLLC, by Attorney Heather Marie Gilbert, admitted to practice in this Court, appears for and represents Plaintiff Bereket Kahsai in this action, and requests that all pleadings and documents herein be served upon the undersigned at 4856 Banning Avenue, St. Paul, MN 55110, or via electronic filing.

Respectfully Submitted,

Dated: June 17, 2021

**GILBERT LAW PLLC**

s/*Heather M. Gilbert*
Heather Gilbert, *Esq.*
Minnesota State Bar #0392838
4856 Banning Avenue
Saint Paul, MN 55110
P: (651) 340-9642
F: (651) 344-0835
heather@gilbertlawpllc.com

*Attorney for Plaintiff*